DANIEL G. BOGDEN
United States Attorney
DREW SMITH
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087
E-mail: Drew.Smith@usdoj.gov
Counsel for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $446,121.27 IN UNITED STATES CURRENCY, ) <br> ) <br> Defendant. ) | 2:10-CV-0828-LDG-PAL |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $295,897.32 IN UNITED STATES CURRENCY, ) <br> ) <br> Defendant. ) | 2:10-CV-0830-JCM-LRL |

**MOTION FOR AN ORDER REASSIGNING CASES**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Drew Smith, Assistant United States Attorney, moves this Honorable

. . .

. . .

. . .

Court for an Order assigning the cases named below to the same United States District Court Judge and the same United States Magistrate Judge because they are related cases.[1]

The grounds for reassigning, but not consolidating, are as follows: (1) the two civil actions involve the same parties and claims; (2) the two civil actions involve the same transactions and the same events; (3) the two civil actions involve the same questions of fact and the same questions of law; (4) the two civil actions would entail substantial duplication of labor if the actions were heard by different United States District Court Judges and by different United States Magistrate Judges. These factors meet the requirements the Court gave in determining whether cases are related.

The Court listed the factors in determining when cases would be considered related:

(1) both actions involve the same parties and are based on the same or similar claim;

(2) both actions involve the same property, transaction or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same District Judge and/or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different District Judges or Magistrate Judges.

General Order 2006-05.

The following two civil forfeiture in rem actions are related and should be assigned to the same United States District Court Judge and the same United States Magistrate Judge, but not consolidated. They are as follows:

*United States of America v. $446,121.27 in United States Currency*, 2:10-CV-0828-LDG-PAL;

*United States of America v. $295,897.32 in United States Currency*, 2:10-CV-0830-JCM-LRL.

---

[1] On August 31, 2006, the Court issued General Order No. 2006-05, requiring counsel to file with the Court and to serve on all parties a "Notice of Related Cases" when filing actions that may be related to each other. This order states that the Court will determine whether to consolidate the actions. The United States does not want these civil cases consolidated and is only seeking that these actions be assigned to the same United States District Court Judge and the same United States Magistrate Judge.

The facts and circumstances relating to the two civil cases are the same. Accordingly, it would be in the interest of judicial economy to assign the above-named civil actions to the same United States District Court Judge and the same United States Magistrate Judge.

For the foregoing reasons, the United States of America requests that *United States of America v. $446,121.27 in United States Currency,* 2:10-CV-0828-LDG-PAL, and *United States of America v. $295,897.32 in United States Currency*, 2:10-CV-0830-JCM-LRL, be assigned to the same United States District Court Judge and the same United States Magistrate Judge, the Honorable Lloyd D. George and the Honorable Peggy A. Leen.

DATED this 16th day of June, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Drew Smith
DREW SMITH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 23 June 2010